FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN - 4 2016

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

John T Williams, et al.,
　　Plaintiff,

　　-vs-

Chris Camp, et al.,
　　Defendants,

COMPLAINT
Civil Rights Complaint
28 U.S.C. } 1331
Jury Trial Demand
Yes ✓   No ___

## AMENDMENTS

The First amendment was to clarify whether the Plaintiff intended to name Williams, Scott & Associates LLC and WSA, LLC as Plaintiffs, and the answer is yes. However I intend on retaining counsel somewhere in the near future. I'm guessing that if they are to be included in the Complaint then they have to be listed as plaintiffs, unless I'm able to amend this complaint again in the future and then list them as plaintiffs once I have counsel. I am the owner and the managing member of both companies and they are the central focus of this complaint. It was my company and myself in which the defamatory statements were directed. The second amendment was to state the specific constitutional provision or federal law under which the claims arise. "Defamation/Libel" is false and malicious defamation of another expressed in print, writing, pictures or signs tending to injure the reputation of the person and exposing him to public hatred contempt or ridicule O.C.G.A. 51-5-1(a) Publication of the libelous matter essential to recovery O.C.G.A. 51-5-2 (b). A libel is published as soon as it is communicated to any person other than the party libeled O.C.G.A. 51-5-3. I am not an attorney, but I hope I've answered the two amendments correctly.

Civil Action No

1:15-CV-3999-MHC-JFK

Chris Camp



I. PARTIES:

NAME OF PLAINTIFF: 1. JOHN T WILLIAMS
Address: 3275 Wyntree Dr
Norcross, GA 30071

II. LIST OF ALL DEFENDANTS: 1. CHRIS CAMP
Address:

2. NEWS 95.5 AM 750 WSB ATL
Address:

III. BRIEF STATEMENT OF LEGAL CLAIMS:

Defamation of character/Libel, to my business and person, embarrassment to person and business coupled with the long term effect of future earnings, past and present earnings, punitive damages, mental and emotional anguish, pain and suffering, injury to dignity, "IIED", "NIED", compensatory damages, Libel per se, Libel charging of crime, Libel which injure profession and Trade Libel.

IV. STATEMENT OF FACTS:

On November 18, 2014 at 3:53pm Chris Camp a WSB Radio 95.5 reporter wrote an article saying that Williams, Scott & Associates LLC, was a debt collection scam that "STOLE" millions of dollars from thousands of victims in all 50 states. He goes on to say that Williams, Scott & Associates LLC threatened people with imminent arrest unless they paid debts they sometimes didn't even owe. Preet Bharara said the firm bullied people in all 50 states from 2009 through April 2014 collecting more than 4 Million from over 6000 victims. Well the fact of the matter is Williams, Scott & Associates LLC has been in business since 11-1-2000, and has never tried to collect money (debt) they didn't purchase and was not owed. The 4 Million was simply revenue from over 6000 credit card transactions over a 5 year period, so we did not steal one penny, everything we collected was legitimately owed. Furthermore Williams, Scott & Associates LLC did not do business in all 50 states we actually only conducted business in only a fraction of the 50 States. Most importantly the law states if the debt is legitimately owed then there can be no crime, because there is no "VICTIM."

V. RELIEF BEING SOUGHT:

I am seeking damages in the amount of 77 Million dollars. Williams Scott & Associates LLC was a company that had a gross revenue of 1.5 Million dollars a year. The growth rate was at 25% per year consistently which took years to build. Based on that growth rate and life expectancy, I calculated 20-25 years of future earnings. I started collecting in 1992 with a company called GC Services out of California ~~in 2000,~~ I was fortunate enough to start my company with my own hands, I built that company to what it was until it was violently shut down, this was going to be a family legacy but now that's ruined.

VI. BASIS FOR FEDERAL JURISDICTION:

Williams, Scott & Associates LLC is a Georgia limited liability company started in Georgia on 11-1-2000. It has been owned and operated out of Georgia since that time. I'm also in Federal custody at MDC Brooklyn as I write this compliant, my Federal case # is 14-CR-00784.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Brooklyn, NY on December 21, 2015.

Signed _____
Signature of Plaintiff

Prison Facility  MDC Brooklyn
Address  P.O. Box 329001
         Brooklyn NY 11232

Prisoner ID#  66425019